1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   OBIE L. CRISP, III,                    No.  2:15-cv-0763-KJM-EFB P

12              Plaintiff,

13        v.                                FINDINGS AND RECOMMENDATIONS

14   J. CLARK KELSO, et al.,

15              Defendants.

16

17          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  On April 13, 2015, the court found that plaintiff had failed to pay the $400 filing

19   fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the

20   affidavit and trust account statement required by 28 U.S.C. § 1915(a).  Accordingly, the court

21   ordered plaintiff to submit either the filing fee or the application required by § 1915(a) within

22   thirty days and warned him that failure to do so may result in this action being dismissed.  The

23   time for acting has passed and plaintiff has not paid the filing fee or submitted an application for

24   leave to proceed in forma pauperis.

25          Accordingly, it is hereby RECOMMENDED that this action be dismissed without

26   prejudice.

27          These findings and recommendations are submitted to the United States District Judge

28   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

1

after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED:  May 20, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2