UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE L. CRISP, III,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. CLARK KELSO, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-763-KJM-EFB P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On May 20, 2015, the court issued findings and recommendations, which recommended dismissal of this action for plaintiff's failure to pay the required filing fee or request leave to proceed in forma pauperis ("IFP").  ECF No. 8.

　　　Plaintiff filed objections on June 5, 2015, in which he submits an IFP application and explains that prison officials have delayed the processing of the required trust account certificate.  The court will hold the findings and recommendations in abeyance and grant petitioner a 60-day extension of time to file the required trust account certificate.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1. The May 20, 2015 findings and recommendations are held in abeyance, and plaintiff has 60 days from the date of this order to submit the required trust account certificate to complete his application for leave to proceed in forma pauperis;

　　　2. The Clerk is directed to send plaintiff a copy of the IFP application; and

3. Should plaintiff fail to timely comply, those findings and recommendations will be submitted to the district judge for consideration.

DATED: June 10, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE