UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE L. CRISP, III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. CLARK KELSO, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-0763-KJM-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On November 10, 2016, a minute order issued, stating that this case had been resolved and ordering plaintiff to file dispositional documents within 30 days. ECF No. 17.

Plaintiff is cautioned that failure to facilitate the filing of dispositional documents in this case is grounds for sanctions, including dismissal of this action. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did not abuse discretion in dismissing pro se plaintiff's complaint for failing to obey an order to re-file an amended complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for pro se plaintiff's failure to comply with local rule regarding notice of change of address affirmed).

1

1  Accordingly, it is hereby ORDERED that in accordance with the court's November 10,
2  2016 order, plaintiff shall file dispositional documents within 21 days from the date of this order.
3  Failure to comply with this order will result in a recommendation of dismissal.
4  DATED: January 17, 2017.

　　　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE